HON. ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GUY ROBERT SODERLIND, JR., a single individual,<br><br>Plaintiff,<br><br>-vs-<br><br>URSULA J. HAIGH and TERENCE S. HAIGH, and the marital community composed thereof, CHRISTINE ANNETTE BARTON, a single individual; REHBERG LAW GROUP, PLLC, as personal representative of the Estate of CYNTHIA SUE HART; The CITY OF BURIEN, a Washington municipal corporation; KING COUNTY, a Washington municipal corporation; King County Sherriff's Deputy JOHN C. HOLLAND, individually and in his official capacity; King County Sherriff's Deputy ERIN M. GARSKE, individually and in her official capacity; King County Sherriff's Deputy JOHN DOE MANSANAREZ, individually and in his official capacity; JOHN DOES I through 20, inclusive.<br>Defendants. | NO. 2:15-cv-01655-RSL<br><br>STIPULATED ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT |

STIPULATED ORDER GRANTING LEAVE TO
FILE THIRD AMENDED COMPLAINT

(CASE NO. 2:15-cv-01655-RSL)

OLSON LAW FIRM, PLLC
200 Canal Building
3600 15th Ave
Seattle, WA 98119
Tel. (425) 388-5516  Fax (425) 252-4357

Plaintiff proposes to file a third amended complaint to substitute the Estate of Cynthia Sue Hart as defendant Hart has passed away, to clarify certain factual allegations, to withdraw claims against the City of Burien, to correct the spelling of the name of King County Deputy Erin M. Garske, and to add allegations in paragraph 2.20 concerning orders of protection issued on December 15, 2011 to Defendants Haigh, Barton and Hart in King County Superior Court Nos. 11-2-26519-6 KNT, 11-2-26522-6 KNT, and 11-2-26513-7 KNT.

The parties hereby stipulate as follows: that leave be granted to plaintiff to amend his complaint in the manner presented. The amended complaint may be served by email on the defendants' attorneys, and shall be answered within twenty days thereafter. The granting of this motion in no way restricts the defendants' rights to answer plaintiff's third amended complaint and assert all defenses, affirmative defenses and/or counterclaims or seek any other relief as may be warranted by the facts and the law.

## ORDER

Based upon the forgoing stipulation of counsel, the Court hereby GRANTS Plaintiff leave to file his Third Amended Complaint as proposed.

Dated: May 11, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED ORDER GRANTING LEAVE TO
FILE THIRD AMENDED COMPLAINT

(CASE NO. 2:15-cv-01655-RSL)

OLSON LAW FIRM, PLLC
200 Canal Building
3600 15th Ave
Seattle, WA 98119
Tel. (425) 388-5516  Fax (425) 252-4357

1 | Presented by:

2 | OLSON LAW FIRM, PLLC
3 | s/Mark G. Olson
Mark G. Olson WSBA #17846
4 | Of Attorneys for Plaintiff Guy Robert Soderlind, Jr.
200 Canal Building
5 | 3600 15th Ave. W.
Seattle, WA 98119
6 | mark@mgolsonlaw.com

7 | s/Christopher M. Constantine
Christopher M. Constantine WSBA #11650
8 | Of Counsel, Inc., P.S.
9 | P. O. Box 7125
Tacoma, WA 98417-0125
10 | Of Attorneys for Plaintiff Guy Robert Soderlind, Jr.
Email: ofcounsl1@mindspring.com
11 |

12 | DANIEL T. SATTERBERG
King County Prosecutor
13 | By s/ Kimberly Y. Frederick
KIMBERLY Y. FREDERICK, WSBA #37857
14 | Senior Deputy Prosecuting Attorney
Attorney for King County Defendants
15 | King County Prosecuting Attorney's Office
500 Fourth Avenue, Suite 900
16 | Seattle, WA 98104
Telephone: (206) 296-8820/FAX (206) 296-8819
17 | Email: Kimberly.Frederick@kingcounty.gov

18 |
Charles A. Lyman
19 | Charles A. Lyman, WSBA #30495
Schlemlein Goetz Fick & Scruggs, PLLC
20 | 66 Hanford Street, Suite 300
Seattle, WA 98134
21 | Attorney for Defendants Ursula Haigh,
Terrence S. Haigh, Christine Anne Barton,
22 | And Estate of Cynthia Sue Hart
23 | Email: cal@soslaw.com

24 |
25 | STIPULATED ORDER GRANTING LEAVE TO
FILE THIRD AMENDED COMPLAINT
26 | (CASE NO. 2:15-cv-01655-RSL)

OLSON LAW FIRM, PLLC
200 Canal Building
3600 15th Ave
Seattle, WA 98119
Tel. (425) 388-5516  Fax (425) 252-4357