HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GUY ROBERT SODERLIND, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>URSULA J. HAIGH and TERENCE S. HAIGH, and the marital community composed thereof, CHRISTINE ANNETTE BARTON, a single individual; REHBERG LAW GROUP, PLLC, as personal representative of the Estate of CYNTHIA SUE HART a single individual; KING COUNTY, a Washington municipal corporation; King County Sherriff's Deputy JOHN C. HOLLAND, individually and in his official capacity; King County Sherriff's Deputy ERIN M. GARSKE, individually and in her official capacity; King County Sherriff's Deputy MIKE C. MANSANAREZ, individually and in his official capacity; JOHN DOES I through 20, inclusive.<br>Defendants. | No. 2:15-cv-01655-RSL<br><br>STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

## I.   STIPULATION

By stipulation pursuant to LCR 83.2(b)(1), the parties respectfully request that Andrew J. Kinstler and Matthew V. Pierce of Helsell Fetterman LLP be substituted as counsel of record for Defendant Christine Annette Barton in place of Schlemlein, Goetz, Fick & Scruggs, PLLC,

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

HELSELL
FETTERMAN
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

who is requesting to only withdraw as counsel for Defendant Barton. Counsel request that all future notices and correspondence be directed to:

> Andrew J. Kinstler
> Matthew V. Pierce
> Helsell Fetterman LLP
> 1001 Fourth Ave., Suite 4200
> Seattle, WA 98154
> Tel: (206) 292-1144
> Fax: (206) 340-0902
> akinstler@helsell.com
> mpierce@helsell.com

As required by General Rule 2(g)(4)(A), withdrawing counsel has served this Motion on Defendant Barton (by email and first class mail) and all counsel who have appeared in this matter (through the Court's ECF system).

DATED this 1st day of September, 2017.

| SCHLEMLEIN, GOETZ, FICK & SCRUGGS, PLLC | HELSELL FETTERMAN LLP |
|---|---|
| By /s/ Matthew V. Pierce [on behalf of Mr. Lyman pursuant to email authorization, dated 8/30/17] | By /s/ Andrew J. Kinstler<br>Andrew J. Kinstler, WSBA #12703<br><br>/s/ Matthew V. Pierce<br>Matthew V. Pierce, WSBA #42197 |
| Charles A. Lyman, WSBA #30495<br>Withdrawing Attorneys for Defendant Barton<br>66 S. Hanford St, Suite 300<br>Seattle, WA 98134<br>T: (206) 448-8100<br>cal@soslaw.com | Substituting Attorneys for Defendant Barton<br>1001 Fourth Avenue, Suite 4200<br>Seattle, WA 98154-1154<br>T: (206) 292-1144 / F: (206) 340-0902<br>akinstler@helsell.com<br>mpierce@helsell.com |

1  OLSON LAW FIRM, PLLC

2  By /s/ Matthew V. Pierce [on behalf of Mr. Olson pursuant to email authorization, dated 8/30/17]

By /s/ Matthew V. Pierce [on behalf of Mr. Olson pursuant to email authorization, dated 8/30/17]

3

4  Mark G. Olson, WSBA #17846
Attorneys for Plaintiff
200 Canal Building
3600 15th Ave W
Seattle, WA 98119
T: (425) 388-5516
mark@mgolsonlaw.com

Christopher Constantine, WSBA #11650
Attorneys for Plaintiff
PO Box 7125
Tacoma, WA 98417
T: (253) 752-7850
ofcounsl1@mindspring.com

9  KING COUNTY PROSECUTING ATTORNEY'S OFFICE

11  By /s/ Matthew V. Pierce [on behalf of Ms. Frederick pursuant to verbal authorization on 8/31/17]

13  Kimberly Frederick, WSBA #37857
Attorneys for Defendants King County, Holland, Garza & Mansanaerez
500 4th Avenue, Suite 900
Seattle, WA 98101
T: (206) 296-0430
Kimberly.frederick@kingcounty.gov

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3

HELSELL
FETTERMAN
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

## II. ORDER

This matter came before the Court on the stipulated motion of the parties to substitute Helsell Fetterman LLP as counsel of record for Defendant Christine Annette Barton in place of Schlemlein, Goetz, Fick & Scruggs, PLLC in this matter pursuant to GR 2(g)(4)(A) and LCR 83.2(b)(1). The Court has considered the pleadings and paper filed in connection with said motion and all other matters properly before the Court. Therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED

DATED this 6th day of Sept., 2017.

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 4

HELSELL
FETTERMAN
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM